**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor by merger to PNC EQUIPMENT FINANCE, LLC, | ) ) ) ) | |
| | ) | Case No. 1:24-cv-08883 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MYASHKOV LOGISTICS, INC., NAYDEN MYASHKOV, and SILVIYA MANEVSKA, | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTIFICATION AS TO AFFILIATES / CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, PNC Bank, National Association, successor by merger to PNC Equipment Finance, LLC identifies its affiliates as follows:

PNC Bank is a national banking association and is an indirect subsidiary of The PNC Financial Services Group, Inc. The PNC Financial Services Group, Inc. is a financial holding company trading under the symbol "PNC" on the New York Stock Exchange. There is no parent corporation or publicly held corporation that owns 5% or more of PNC Financial Services Group, Inc.

PNC BANK, NATIONAL ASSOCIATION, successor by merger to PNC Equipment Finance, LLC,

Dated: September 24, 2024      By:    /s/ C. Randall Woolley_____
                                                  C. Randall Woolley
                                                  Darcy & Devassy PC
                                                  444 N. Michigan Ave, Suite 3270
                                                  Chicago, IL 60611
                                                  Tel: (312) 784-2400

Fax; (312) 784-2410
rwoolley@darcydevassy.com